UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  06-20115-CIV-MORENO**

ALAN KALLAS, DIANE KALLAS, JULIE
KALLAS, individually and as Next Friend of
Hailey Kallas and as Personal Representative of
the ESTATE OF JONATHAN A. KALLAS,
DEBORAH LINDQUIST, TINA PRICHARD,
QUINTON D. WHITE, DONALD EARL,
CAROL EARL,

       Plaintiffs,

vs.

CARNIVAL CORPORATION, Individually and
d/b/a CARNIVAL CRUISE LINES, INC., a
foreign corporation, Jointly and Severally,

       Defendants.

_____/

### ORDER STRIKING PLAINTIFFS' CLAIM FOR ATTORNEYS FEES

THIS CAUSE came before the Court upon Defendants' Motion to Strike Claim for Attorney

Fees in Third Amended Complaint **(D.E. No. 57)**, filed on **June 22, 2007**.

THE COURT has considered the motion, the response, the reply and the pertinent portions

of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.  Prevailing parties in litigation may only receive

attorneys fees when authorized by statute or a term in a contract.  Johnson v. Florida, 348 F.3d 1334,

1350 (11th Cir. 2003); Inland Dredging Copmany, LLC v. Panama City Port Authority, 406

F.Supp.2d 1277, 1280.  Class actions do not represent an exception to this rule.  The cases cited by

Plaintiff do not hold that class action defendants must pay plaintiffs that prevail in litigation

attorneys fees absent a statutory or contractual authorization of the same.  *See*, Behrens v. Wometco

Enterprises, Inc., 118 F.R.D. 534 (S.D. Fla. 1988); Tenney v. City of Miami Beach, 11 So.2d 188

(1942); Mills v. Electric Auto Lite Co., 396 U.S. 375 (1970).  Plaintiff has not cited in the complaint

or the response to Defendant's motion a statutory or contractual basis for attorneys fees.  The claim

for attorneys fees in the Third Amended Complaint is therefore stricken.  This Order does not

preclude either party from later asking for attorneys fees in the event of bad faith litigation.


        DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of January, 2008.


_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE


Copies provided to:
Counsel of Record