UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-20115-CIV-MORENO

ALAN KALLAS, DIANE KALLAS, JULIE KALLAS, individually and as Next Friend of Hailey Kallas and as Personal Representative of the ESTATE OF JONATHAN A. KALLAS, DEBORAH LINDQUIST, TINA PRICHARD, QUINTON D. WHITE, DONALD EARL, CAROL EARL,

    Plaintiffs,

vs.

CARNIVAL CORPORATION, Individually and d/b/a CARNIVAL CRUISE LINES, INC., a foreign corporation, Jointly and Severally,

    Defendants.
_____/

## NOTICE OF COURT PRACTICE UPON PARTIES' NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon the parties' Notice of Settlement (**D.E. No. 263**), filed on **May 14, 2010**.

THE PARTIES are notified that they shall file all papers related to the settlement including any order of dismissal stating specific terms and conditions, no later than **May 26, 2010**. If the parties do not comply with this order, then the Court shall dismiss this case with prejudice or proceed to trial during the previously scheduled two week period of **June 21, 2010**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of May, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record