UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 06-20115-CIV-MORENO**

ALAN KALLAS, DIANE KALLAS, JULIE KALLAS, individually and as Next Friend of Hailey Kallas and as Personal Representative of the ESTATE OF JONATHAN A. KALLAS, DEBORAH LINDQUIST, TINA PRICHARD, QUINTON D. WHITE, DONALD EARL, CAROL EARL,

    Plaintiffs,

vs.

CARNIVAL CORPORATION, Individually and d/b/a CARNIVAL CRUISE LINES, INC., a foreign corporation, Jointly and Severally,

    Defendants.
_____/



### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Stipulation of Dismissal with Prejudice (**D.E. 265**), filed **May 26, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). The Court shall retain jurisdiction to enforce the terms of the settlement agreement for **sixty days** from the date of this Order. Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this **27** day of May, 2010.

                                                FEDERICO A. MORENO
                                                CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record