UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-20115-CIV-MORENO

ALAN KALLAS, DIANE KALLAS, JULIE KALLAS, individually and as Next Friend of Hailey Kallas and as Personal Representative of the ESTATE OF JONATHAN A. KALLAS, DEBORAH LINDQUIST, TINA PRICHARD, QUINTON D. WHITE, DONALD EARL, CAROL EARL,

    Plaintiffs,

vs.

CARNIVAL CORPORATION, Individually and d/b/a CARNIVAL CRUISE LINES, INC., a foreign corporation, Jointly and Severally,

    Defendants.
_____/

## ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties settling the pending motions as stated in open court on July 9, 2010. It is therefore,

ADJUDGED that in light of the parties settling the post-dismissal motions, all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2010.

                                    FEDERICO A. MORENO
                                    CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record